IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEREMIAH THOMASSON,

           Plaintiff,

     v.

JEFF PREMO, et al.,

           Defendants.

Case No. 6:14-cv-01788-MO

ORDER

MOSMAN, District Judge.

    Plaintiff in this prisoner civil rights case once again moves for the appointment of counsel. Plaintiff's Motion for Appointment of Counsel (#29) is denied for the reasons set forth in the court's Order (#8) dated December 16, 2014.

    Plaintiff also moves the court for immediate injunctive relief in the form of a transfer from his prison in Florida to an institution in Oregon. Although plaintiff characterizes his request as one involving a temporary restraining order, such

1 - ORDER

orders are generally allowed for no more than 14 days, Fed. R. Civ. P. 65(b)(2). Given the nature of plaintiff's request, the court construes plaintiff's Motion as requesting preliminary injunctive relief.

Based upon the court's review of the record in this case, defendants have not yet waived service or been served with the Complaint in this case, nor has plaintiff served them with his Motion seeking preliminary injunctive relief. *See* Fed. R. Civ. P. 65(a)(1) (preliminary injunctions may issue only upon notice to the adverse party). As a result, plaintiff's Motion seeking preliminary injunctive relief in this case is denied.

## CONCLUSION

Plaintiff's Motion for Appointment of Counsel (#29) and Motion for Temporary Restraining Order (#31) are denied.

IT IS SO ORDERED.

DATED this 16 day of March, 2016.

 /s/ Michael W. Mosman
 Michael W. Mosman
 United States District Judge

2 - ORDER